IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CARLTON LORENZO WILLIAMS, SR.,

    Plaintiff,
v.                                                                        CASE NO. 1:18-cv-235-MW-GRJ

DEPUTY J CARMICHAEL and
DEPUTY B ANDERSON,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this *pro se* civil rights case on November 26, 2018. At the time the case was filed, Plaintiff was an inmate at the Alachua County Jail. ECF No. 1. The Court ordered service of the Complaint upon Defendants. ECF No. 5. The Court's service order advised Plaintiff of his obligation to keep the Court advised of any change in his mailing address and warned him that failure to do so could result in the dismissal of this case for failure to prosecute if the Court's orders are not able to reach Plaintiff. *Id.*

Defendants have now moved to dismiss the Complaint for failure to state a claim upon which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6). ECF Nos. 9, 10. Plaintiff failed to respond to the motions, and the Court ordered him to do so on or before May 10, 2019. ECF No. 11.

That order was returned to the Court on April 22, 2019, with a notation that Plaintiff has been released from custody and the USPS is unable to forward the mail.  Plaintiff has had no contact with the Court since this case was filed in November 2018 and has not provided the Court with a current address.  It therefore appears that Plaintiff has abandoned this case.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court and failure to prosecute.

**IN CHAMBERS** this 25th day of April 2019.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**