IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CARLTON LORENZO WILLIAMS, SR.,**

    **Plaintiff,**

v.                                                 Case No. 1:18cv235-MW/GRJ

**DEPUTY J. CARMICHAEL,**
**et al.,**

    **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 13. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with a Court order." The Clerk shall close the file.

**SO ORDERED on May 26, 2019.**

                                               **s/Mark E. Walker**
                                               **Chief United States District Judge**